IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BENNETTA L. GREEN     PLAINTIFF

VS.     CASE NO. 4:10-CV-1544 JMM

THE BOARD OF TRUSTEES OF
THE UNIVERSITY OF ARKANSAS,
A Body Politic and Corporate     DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have announced to the Court that they have settled all issues between them, and state that this matter should be dismissed **with prejudice**. Therefore, the Court being well and sufficiently advised, finds that the parties have settled all issues between them, and that this matter should be dismissed with prejudice, with the Court retaining jurisdiction to enforce the terms of the settlement for a period of thirty (30) days.

IT IS THEREFORE, BY THE COURT, considered, ordered and adjudged that this matter should be, and is hereby, dismissed with prejudice, with the Court retaining jurisdiction to enforce the terms of the settlement between the parties for a period of thirty (30) days.

It is so Ordered this 15 day of December 2011.

                              UNITED STATES DISTRICT JUDGE

_____
Austin Porter Jr., No. 86145
PORTER LAW FIRM
The Tower Building
323 Center Street, Suite 1300
Little Rock, Arkansas 72201
501-244-8200 - Telephone
501-372-5567 - Facsimile
Attorney for the Plaintiff

_____
Jeffery A. Bell, No. 77009
Sr. Associate General Counsel
University of Arkansas
2404 North University
Little Rock, Arkansas 72207-3608
501-686-2520 - Telephone

Attorneys for Defendant